[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 16, 2008
THOMAS K. KAHN
CLERK

No. 07-13311
Non-Argument Calendar
_____

D. C. Docket No. 06-01720-CV-WSD-1

BILAL MAHMUD,

Plaintiff-Appellant,

KHADIJAH MAHMUD,

Plaintiff,

versus

U.S. DEPARTMENT OF HOMELAND SECURITY, et. al.,

Defendants,

JUSTIN P. OBERMAN, individually and in his official
capacity as Director, Credentialing Program Office,

Defendant-Appellee.
_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

**(January 16, 2008)**

Before CARNES, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Plaintiff-appellant Bilal Mahmud appeals the dismissal of his action. The judgment of the district court was accompanied by a full published opinion, *Mahmud v. Oberman*, 508 F.Supp. 2d 1294 (2007). In his complaint, Mahmud asserted claims which he sought to establish under the *Bivens* doctrine, 403 U.S. 388, 397 (1970), based upon the suspension or revocation of the Hazardous Materials Endorsement on his commercial drivers license. Based on the facts of this case, the district court held that a *Bivens* remedy for damages was not available to Mahmud, and, furthermore, Mahmud had not met his burden of establishing that due process is satisfied by the exercise of personal jurisdiction over defendant-appellee Justin P. Oberman. It granted Oberman's motion to dismiss for both reasons.

Having carefully considered the judgment and opinion of the district court, the briefs of the parties, and the record, and finding no reversible error, the judgment is **AFFIRMED**.

2